UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02193
    JULIA A WILSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8407

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/24/2005 and was confirmed 03/30/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.04% from remaining funds.

    The case was paid in full 04/14/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE FREEDOM | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1166.26 | .00 | 315.30 |
| WORLD FINANCIAL NETWORK | UNSECURED OTH | 684.79 | .00 | 185.29 |
| ECAST SETTLEMENT CORP | UNSECURED | 1660.53 | .00 | 448.92 |
| ECAST SETTLEMENT CORP | UNSECURED | 2186.47 | .00 | 591.11 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13731.63 | .00 | 3712.35 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 2475.69 | .00 | 669.30 |
| ROUNDUP FUNDING LLC | UNSECURED | 9512.75 | .00 | 2571.77 |
| ECAST SETTLEMENT CORP | UNSECURED | 839.76 | .00 | 227.03 |
| WORLDWIDE ASSET MANAGEME | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 641.98 | .00 | 173.56 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 645.37 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 12,240.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 8,894.63 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 645.37 |
| DEBTOR REFUND | | .00 |
| TOTALS | 12,240.00 | 12,240.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 07/29/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
          CASE NO. 05 B 02193 JULIA A WILSON